UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARLON JOE TRAMBLE,<br>a/k/a MARLON JOE GOSBY-TRAMBLE<br><br>　　　　　　Defendant. | CASE NO. CR10-0199 RSM<br><br>DETENTION ORDER |

Offense charged:

　　Sex Trafficking, 18 U.S.C. Sec. 1591(a)(1) and 1591(b)(1)

Date of Detention Hearing: July 9, 2010

　　The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The return of the indictment gives rise to probable cause to believe defendant committed the sex trafficking offense charged in this case.  There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

(2) Nothing in the record effectively rebuts that presumption.

(3) Defendant's criminal record includes convictions for assault, theft, robbery, controlled substance violations, and other offenses.

(4) He has failed to appear for court hearings in 2005, three times in 2007, and again in 2010.  There is a warrant pending on the most recent failure to appear.

(5) He is associated with the use of ten alias names, two dates of birth, and four Social Security numbers.

(6) Defendant declined to be interviewed by this court's pretrial services officer.

(7) Defendant and his counsel offered nothing in opposition to the entry of an order of detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1       confined shall deliver the defendant to a United States Marshal for the purpose of an

2       appearance in connection with a court proceeding; and

3   (4) The clerk shall direct copies of this order to counsel for the United States, to counsel

4       for the defendant, to the United States Marshal, and to the United States Pretrial

5       Services Officer.

6   DATED this 9th day of July, 2010.

                                            /s/ John L. Weinberg
                                            John L. Weinberg
                                            United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)