UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR10-199RSM |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| MARLON JOE TRAMBLE, | |
| Defendant. | |

This matter has come before the Court on Mr. Tramble's motion to terminate his remaining period of supervised release. The Court has reviewed the defendant's motion, government's response, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

Defendant's motion to terminate the remaining period of his supervised release is DENIED.

DATED this 17th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE