CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR10-199RSM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S EXHIBIT |
| MARLON J. TRAMBLE, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of defendant, Marlon Tramble, to file the Exhibit to Defendant's Disposition Memorandum under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file the Exhibit to Defendant's Disposition Memorandum under seal.

DATED this 13th day of December, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Marlon Tramble

ORDER GRANTING MOTION
TO SEAL DEFENDANT'S EXHIBIT
(*USA v Tramble* / CR10-199-RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100